IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB, SR.,

    Plaintiff,      No. CIV S-04-2704 GEB CMK P

  vs.

JOHN/JANE DOE, et al.,[1]

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 17, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any

---

[1] The caption is amended to reflect the caption on the Amended Complaint filed May 11, 2005.

1

1  objections to the findings and recommendations were to be filed
2  within twenty days.  Plaintiff has not filed objections to the
3  findings and recommendations.  However, on May 11, 2005,
4  Plaintiff filed an Amended Complaint.
5       Therefore, the findings and recommendations filed
6  February 17, 2005, are not adopted, because they address
7  Plaintiff's previous Complaint.
8  Dated:  May 19, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2